## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| **MARK RYLAND DOWDY,** | ) | **Civil Action No. 7:11-cv-00492** |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **COMMONWEALTH OF** | ) | |
| **VIRGINIA, et al.,** | ) | **By:    Hon. Michael F. Urbanski** |
| **Defendants.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C.

§ 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to plaintiff.

Entered:  October 25, 2011

*/s/ Michael F. Urbanski*

Michael F. Urbanski
United States District Judge